DIEZ v. GREEN et al.

(Circuit Court of Appeals, First Circuit. August 30, 1920.)

No. 1370.

1. **Appeal and error** ⬳23—**Appellate court must determine jurisdictional question.**

The Circuit Court of Appeals must of its own motion inquire as to the jurisdiction of the court below.

2. **Courts** ⬳438—**Alien domiciled in Porto Rico cannot sue in the United States District Court.**

The United States District Court does not have jurisdiction of a suit by a citizen of Spain domiciled in Porto Rico against a defendant, also a resident in Porto Rico.

Appeal from the District Court of the United States for the District of Porto Rico; Peter J. Hamilton, Judge.

Suit by Antonio Diez y Gonzalez against Enrique O. Green y Morales and others. Decree for defendants, and plaintiff appeals. Decree set aside, and case remanded, with directions to dismiss the bill for want of jurisdiction.

Hugh R. Francis, of San Juan, P. R. (Francis & De la Haba, of San Juan, P. R., on the brief), for appellant.

Philip N. Jones, of Boston, Mass. (Boyd B. Jones, of Boston, Mass., on the brief), for appellees.

Before BINGHAM, JOHNSON, and ANDERSON, Circuit Judges.

PER CURIAM. [1] This is a suit in equity in the District Court of the United States for the District of Porto Rico by a citizen of Spain domiciled in Porto Rico against a defendant, also resident in Porto Rico. We must of our own motion inquire as to the jurisdiction. Railway Co. v. Swan, 111 U. S. 379, 4 Sup. Ct. 510, 28 L. Ed. 462; Grand Trunk Railway Co. v. Twitchell, 59 Fed. 727, 8 C. C. A. 237.

[2] Plainly this case is governed by the decision of the Supreme Court in Porto Rico Railway, Light & Power Co. v. Diaz Mor, 253 U. S. —, 40 Sup. Ct. 516, 64 L. Ed. —, decided June 1, 1920. The case must be dismissed for want of jurisdiction.

The decree of the District Court is set aside, and the case is remanded to that court, with directions to dismiss the bill for want of jurisdiction, without costs, and without prejudice to either party.

⬳For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes